ISMAIL J. RAMSEY (CABN 189820)
United States Attorney

THOMAS A. COLTHURST (CABN 99493)
Chief, Criminal Division

ROBERT DAVID REES (CABN 229447)
Assistant United States Attorney

    1301 Clay Street, Suite 340S
    Oakland, California 94612
    Telephone: (510) 637-3680
    FAX: (510) 637-3724
    Email: Robert.rees@usdoj.gov

Attorneys for United States of America

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR 15-579 HSG |
|     Plaintiff, | STIPULATION TO CONTINUE ARRAIGNMENT DATE FROM AUGUST 16, 2023 TO AUGUST 17, 2023 AND ORDER |
|     v. | |
| WILLIAM ANDERSON, | |
|     Defendant. | |

It is hereby stipulated by and between counsel for the United States and counsel for the defendant, WILLIAM ANDERSON, that the currently arraignment hearing on August 16, 2023 at 10:30AM be continued to August 17, 2023 at 10:30AM on the regular duty magistrate calendar because counsel for the government has since had a family medical appointment scheduled.

Accordingly, the government and counsel for the defendant agree to continue that arraignment hearing to August 17, 2023 at 10:30AM or at any such time as is convenient for the Court.  The defendant's next status date before Judge Gilliam shall remain on August 23, 2023 at 2:00PM.

The undersigned Assistant United States Attorney certifies that he has obtained approval from counsel for the defendant to file this stipulation and proposed order, and has contacted U.S. Probation

//

about their availability on the proposed date.


     IT IS SO STIPULATED.

DATED: August 3, 2023

                            /s/
                      ROBERT DAVID REES
                      Assistant United States Attorney


DATED: August 3, 2023

                            /s/
                      HARRIS TABACK, ESQ.
                      Counsel for Defendant William Anderson

**ORDER**

     Based upon the facts set forth in the stipulation of the parties and for good cause shown, the Court hereby continues the arraignment hearing previously set for August 16, 2023 to August 17, 2023 at 10:30AM.

     IT IS SO ORDERED.


DATED: __August 4, 2023__

IT IS SO ORDERED
Judge Donna M. Ryu

                      HON. DONNA M. RYU
                      Chief United States Magistrate Judge