| | |
|---|---|
| 1 | ISMAIL J. RAMSEY (CABN 189820)<br>United States Attorney |
| 2 | |
| 3 | MARTHA BOERSCH (CABN 126569)<br>Chief, Criminal Division |
| 4 | ROBERT DAVID REES (CABN 229447)<br>Assistant United States Attorney |
| 5 | |
| 6 | 1301 Clay Street, Suite 340S<br>Oakland, California 94612 |
| 7 | Telephone: (510) 637-3680<br>FAX: (510) 637-3724<br>Email: Robert.rees@usdoj.gov |
| 8 | |
| 9 | Attorneys for United States of America |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | | |
|---|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR 15-579 HSG | |
| Plaintiff, | ) | | |
| | ) | STIPULATION TO CONTINUE SENTENCING HEARING DATE FROM MAY 8, 2024 TO MAY 15, 2024 AND ORDER (as modified) | |
| v. | ) | | |
| WILLIAM ANDERSON, | ) | | |
| Defendant. | ) | | |

It is hereby stipulated by and between counsel for the United States and counsel for the defendant, WILLIAM ANDERSON, that the currently set sentencing hearing on May 8, 2024 at 9:00AM be continued to May 15, 2024 at 2:00PM because counsel for the government has a conflict. This will also allow the assigned U.S. Probation Officer to attend, who otherwise could not be present at the currently scheduled hearing.

Accordingly, the government and counsel for the defendant agree to continue the sentencing hearing to May 15, 2024 at 2:00PM or at any such time as is convenient for the Court.

The undersigned Assistant United States Attorney certifies that he has obtained approval from counsel for the defendant to file this stipulation and proposed order, and has contacted U.S. Probation

//

about their availability on the proposed date.

    IT IS SO STIPULATED.

DATED: May 7, 2024

        /s/
ROBERT DAVID REES
Assistant United States Attorney

DATED: May 7, 2024

        /s/
HARRIS TABACK, ESQ.
Counsel for Defendant William Anderson

## ORDER

Based upon the facts set forth in the stipulation of the parties and for good cause shown, the Court hereby continues the disposition re supervised release violation hearing previously set for May 8, 2024 to May 15, 2024 at 2:00PM.

    IT IS SO ORDERED.

DATED: _____5/7/2024_____

HON. HAYWOOD S. GILLIAM, JR.
United States District Judge